## Royal Arcanum v. Lester et al.

ATKINSON, Justice. Under the petition as amended, the suit is an action at law for recovery of money as damages as for a breach of contract, without any allegation and prayer for equitable relief. The case is one in which, under the constitution, the Supreme Court has not jurisdiction of the bill of exceptions; and therefore it is

<em>Transferred to Court of Appeals. All the Justices concur.</em>

No. 11629. MARCH 10, 1937.

54

*J. A. McFarland, Bryan, Middlebrooks & Carter, Bonneau Ansley,* and *Carlton McCamy,* for plaintiff in error.
*Mitchell & Mitchell,* contra.